Same case below, 362 Fed. Appx. 596.

No. 10-219. Pike County Joint Vocational School District, et al., Petitioners v. Misty Knisley, et al.

562 U.S. 962, 131 S. Ct. 498, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8085.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 977.

No. 10-222. Wyeth LLC, et al., Petitioners v. Sandra Kirkland, et al.

562 U.S. 963, 131 S. Ct. 474, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8066.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 591 F.3d 613.

No. 10-230. Fishermen's Finest Inc., et al., Petitioners v. Gary F. Locke, Secretary of Commerce.

562 U.S. 963, 131 S. Ct. 474, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 7974.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 886.

No. 10-231. Kenneth L. Gray, Petitioner v. General Electric Company.

562 U.S. 963, 131 S. Ct. 474, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8094.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-243. Sonnenschein Nath & Rosenthal LLP, Petitioner v. Douglas E. Rosenthal.

562 U.S. 963, 131 S. Ct. 475, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8020.

October 12, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 443.

No. 10-246. Jerome Edwin Montgomery, Petitioner v. Barry D. Davis, Warden.

562 U.S. 963, 131 S. Ct. 476, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8011.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-248. Rayshawn C. Abram, Petitioner v. Nebraska.

562 U.S. 963, 131 S. Ct. 476, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 7927.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.